UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PAT FUREY and FAYE FUREY**

                     **PLAINTIFFS**

**V.**          **CIVIL ACTION NO.1:06CV56 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**    **DEFENDANT**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

   The Court has before it the Proposed Findings of Fact and Recommendations of the United States Magistrate Judge. [14]  A copy of the findings and recommendation was delivered to plaintiffs' address on August 28, 2006. [15]  The time for filing objections to these findings and recommendations has now elapsed, and no objection has been filed.

   After an independent review of the record, I find that the proposed findings of fact are accurate, and these findings are hereby adopted as the findings of fact of the Court.  The recommendation of the United States Magistrate is sound, and it will be accepted.

   Accordingly, it is

   **ORDERED**

   That the motion of Defendant State Farm Fire and Casualty Company to dismiss this case for want of prosecution [12] is hereby **GRANTED**; and

   That this case is hereby **DISMISSED WITHOUT PREJUDICE**.

   **SO ORDERED** this 10th day of October, 2006.

                s/ *L. T. Senter, Jr.*
                L. T. Senter, Jr.
                Senior Judge